1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN VIDEO DUPLICATING, INC.,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CITY NATIONAL BANK, et al.,<br><br>　　Defendants | Civil Case No.: 2:20-cv-04036-JFW-JPR<br><br>**JUDGMENT**<br><br>Judge: Hon. John F. Walter<br>Action filed: May 1, 2020 |

Pursuant to the Court's November 20, 2020 Minute Order (Dkt. No. 42) granting Defendant City National Bank and Defendant BSD Capital LLC d/b/a Lendistry's Joint Motion to Dismiss Plaintiff's First Amended Complaint, it is hereby **ORDERED, ADJUDGED, and DECREED** and the Court enters judgment as follows:

1. The Court **GRANTS** Defendants' Joint Motion to Dismiss (Dkt. No. 26) in its entirety.

2. Plaintiff's First Amended Complaint (Dkt. No. 19) and all causes of action therein are hereby **DISMISSED WITH PREJUDICE** and **WITHOUT LEAVE TO AMEND**.

3. The Court enters judgment in favor of Defendants and against Plaintiff on all claims in this action.

4. Plaintiff takes nothing in its action.

This document constitutes a final, appealable judgment and a separate document for the purposes of Federal Rule of Civil Procedure 58(a).

**IT IS SO ORDERED.**

DATED: November 25, 2020

_____
Hon. John F. Walter
United States District Judge